IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

MCCLAIN, BRANDON J

Debtor

Case No. 19-40113
Chapter 7

## MOTION TO DISMISS CHAPTER 7 BANKRUPTCY

YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU <u>MUST</u> FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING <u>WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE</u> SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

COMES NOW Mark A. Weisbart, Chapter 7 Trustee, and files this Motion to Dismiss Chapter 7 Bankruptcy and in support hereof, would show the Court as follows:

1. On January 11, 2019, a voluntary petition under Chapter 7 of the Bankruptcy Code was filed by the Debtor and Mark A. Weisbart was appointed as Trustee.

2. The § 341 First Meeting of Creditors was scheduled for February 8, 2019.

3. On February 6, 2019 Debtor's counsel notified Trustee that the Debtor had passed away on February 5, 2019.

4. Trustee therefore requests that this case be dismissed.

WHEREFORE Trustee prays that the Court enter an Order dismissing this case and granting Trustee such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, this the 8th day of May 2019.

/s/ Mark A. Weisbart
Mark A. Weisbart

```
Label Matrix for local noticing          Bank Of America                              Bank Of America
0540-4                                   201 N Tryon St                               4909 Savarese Circle
Case 19-40113                            Charlotte, NC 28202-1331                     Fl1-908-01-50
Eastern District of Texas                                                             Tampa, FL 33634-2413
Sherman
Wed May  8 14:04:51 CDT 2019

(p)BANK OF AMERICA                       Chase Card Services                          Citibank
PO BOX 982238                            Correspondence Dept                          Citibank Corp/Centralized Bankruptcy
EL PASO TX 79998-2238                    PO Box 15298                                 PO Box 790034
                                         Wilmington, DE 19850-5298                    St Louis, MO 63179-0034


William J. Collins                       Credit First National Association            (p)DELL FINANCIAL SERVICES
Collins & Arnove                         6275 Eastland Rd                             P O BOX 81577
555 Republic Dr., Suite 200              Brookpark, OH 44142-1399                     AUSTIN TX 78708-1577
Plano, TX 75074-5469


Brandon J McClain                        NTTA                                         Progressive Insurance
8309 Turnberry Street                    PO Box 660244                                Attn:  Bankruptcy Department
Rowlett, TX 75089-9564                   Dallas, TX 75266-0244                        6300 Wilson Mills Rd
                                                                                      Cleveland, OH 44143-2182


Prosperity Bank                          Recmgmt Srvc                                 TX Tag
900 Congress Ave                         Attn: Bankruptcy                             PO Box 650749
Austin, TX 78701-2437                    4200 Cantera Drive, Suite 211                Dallas, TX 75265-0749
                                         Warrenville, IL 60555-3040


U.S. Attorney General                    (p)US BANK                                   US Trustee
Department of Justice                    PO BOX 5229                                  Office of the U.S. Trustee
Main Justice Building                    CINCINNATI OH 45201-5229                     110 N. College Ave.
10th & Constitution Ave., NW                                                          Suite 300
Washington, DC 20530-0001                                                             Tyler, TX 75702-7231


Mark A. Weisbart                         (p)WELLS FARGO WACHOVIA
The Law Office of Mark A. Weisbart       N9286-01Y
12770 Coit Road, Suite 541               1000 BLUE GENTIAN RD #300
Dallas, TX 75251-1366                    EAGAN MN 55121-1786




              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



Bank of America                          Dell Preferred Account                       US Bank
PO Box 982236                            PO Box 6403                                  Attn: Bankruptcy
El Paso, TX 79998                        Carol Stream, IL 60197                       PO Box 5229
                                                                                      Cincinnati, OH 45201



Wells Fargo Bank                         End of Label Matrix
Attn: Bankruptcy Dept                    Mailable recipients    19
PO Box 6429                              Bypassed recipients     0
Greenville, SC 29606                     Total                  19
```